FLORA BELLE DYER, as Administratrix of CHARLES E. DYER, Deceased, Respondent, *v.* WILLIAM H. BROWN et al., Appellants.

*Dyer* v. *Brown,* 64 App. Div. 89, appeal dismissed.
(Argued March 24, 1902; decided April 1, 1902.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 5, 1901, which reversed an order of the court at a Trial Term setting aside and vacating a verdict in favor of plaintiff and the judgment entered thereon and granting a new trial and directed judgment upon the verdict.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to hear the appeal.

*D. Raymond Cobb* for motion.

*Charles L. Stone* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.